# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-1470

_____

Daniel Jose Gomez

*Plaintiff - Appellant*

v.

State of South Dakota; Minnehaha County State's Attorney Office; Mellisa
Sommors, Attorney for the Minnehaha County Public Defender's Office; Mark S.
Kadi, Attorney for the Public Advocate's Office; Timothy William Herschberger,
Attorney for the Minnehaha County Public Defender's Office

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: July 5, 2022
Filed: July 22, 2022
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

South Dakota inmate Daniel Gomez appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we agree with the reasoning of the district court. Accordingly, we affirm and deny Gomez's pending motions as moot. See 8th Cir. R. 47B.

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.